

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00576-CR & 16-00577-CR & 16-00578-CR

Kathleen Darleen **DANIEL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5924 & 5925 & 5926
Honorable N. Keith Williams, Judge Presiding

## O R D E R

    The clerk's records and reporter's records were originally due on October 31, 2016. The district clerk has been granted one extension of time in which the file the clerk's records on November 22, 2016. Ms. Dandy Middleton is the reporter responsible for preparing, certifying, and filing the reporter's records in these appeals. On October 30, 2016, Ms. Middleton filed a Notification of Late Record indicating partial payment has been made, but arrangements need to be made for full payment of the record.

    On October 21, 2016, we granted appellant's request to consolidate these three companion cases for briefing and oral argument purposes (if oral argument is requested and granted). On November 2, 2016, appellant filed a motion requesting that the records in these cases be consolidated for purposes of briefing, oral argument, and decision. The motion is DENIED IN PART and GRANTED IN PART.

    The request to consolidate the clerk's records is DENIED, and the district clerk is ORDERED to file a separate clerk's record in each of these companion cases no later than November 22, 2016.

    The request to consolidate the reporter's records is GRANTED. Ms. Middleton is hereby ORDERED to file a single reporter's record (1) that specifies all three trial court cause numbers (2) no later than November 22, 2016.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

Keith E. Hottle
Clerk of Court